AO91 (Rev. 12/03) Criminal Complaint — *Felony* — AUSA

United States District Court
Southern District of Texas
**FILED**
SEP 10 2018

# UNITED STATES DISTRICT COURT

David J. Bradley, Clerk of Court

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**
vs.

Jaime PRADO-Hernandez
A078 934 997  Mexico
AKA Juan Carlos MATA-Martinez

**CRIMINAL COMPLAINT**

Case Number: B-18- 822-mj

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about September 09, 2018 in Cameron County, in the Southern District Of Texas defendant(s)

the defendant, an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title 8 United States Code, Section(s) 1326(a)(1)/(b)(1)

I further state that I am a(n) Border Patrol Agent and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents responding to a request for assistance from Cameron County Constables near La Feria, Texas on September 09, 2018. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on May 10, 2013. The defendant was convicted of Being found in the United States after previous deportation on August 13, 2012. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

The defendant had $69 United States dollars in his possession at the time of his arrest.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Signature of Complainant

Castro, Mario    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

September 10, 2018                                at    Brownsville, Texas
Date                                                    City/State

Ignacio Torteya III            U.S. Magistrate Judge
Name of Judge                  Title of Judge            Signature of Judge